DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAQUANNA IESHA VICKERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D18-2856 and 4D18-2858

[September 26, 2019]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case Nos. 312018CF000695A and 312015CF000411A.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***